BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA SINGH, | No. 2:13-cv-303 MCE EFB |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: ABEYANCE. |
| v. | |
| Eric Holder, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of her naturalization application by U.S. Citizenship and Immigration Services (CIS).  Plaintiff has since been referred into removal proceedings.  This Court's jurisdiction to consider the naturalization application is limited now that Plaintiff has been referred into proceedings.  *See De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043–44 (9th Cir.2004).  Accordingly, the parties now stipulate to hold this matter in abeyance pending resolution to the CIS referral into proceedings.  The parties agree to file a status report on December 17, 2013.   All other filing deadlines are suspended until that time.

DATED: December 4, 2012              Respectfully submitted,
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     _/s/ Audrey B. Hemesath_____
                                     Audrey B. Hemesath
                                     Assistant U.S. Attorney

                                     /s/ Lisa Suzanne Anderson
                                     Lisa Suzanne Anderson
                                     Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation, IT IS HEREBY ORDERED the matter is held in abeyance. The parties shall file a joint status report by December 17, 2013.

IT IS SO ORDERED.

Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT