BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA SINGH, | ) |
| | ) Case No.: 2:13-cv-303 MCE EFB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Abeyance** |
| v. | ) |
| | ) |
| ERIC HOLDER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

    This is an immigration case currently held in abeyance as the Plaintiff has been referred into removal proceedings. The parties were to file a joint status report by December 17, 2013. The parties now report that Plaintiff's master calendar hearing in immigration court is not until October 22, 2014. The Court's jurisdiction to consider the naturalization application remains limited now that removal proceedings are ongoing. *De Lara Bellajardo v.* Schiltgen, 378 F.3d 1042, 1043-44 (9th Cir. 2004). Accordingly, the parties stipulate to another abeyance period of one year, until December 17, 2014, at which time the parties will file another status report.

Dated: December 3, 2013			Respectfully submitted,

					BENJAMIN B. WAGNER
					United States Attorney

					/s/ Audrey B. Hemesath
					AUDREY B. HEMESATH
					Assistant U.S. Attorney


DATED: December 3, 2013			Respectfully submitted,
					/s/ Lisa Suzanne Anderson
					Lisa Suzanne Anderson
					Attorney for the Plaintiff


## ORDER

Pursuant to the foregoing stipulation, the matter is held in abeyance.  The parties shall file a joint status report by December 17, 2014.

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT