BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA SINGH, | ) |
| | ) Case No.: 2:13-cv-303 MCE EFB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Abeyance** |
| v. | ) |
| | ) |
| ERIC HOLDER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is an immigration case currently held in abeyance as the Plaintiff has been referred into removal proceedings. The Court's jurisdiction to consider the naturalization application is limited once removal proceedings commence. *De Lara Bellajardo v.* Schiltgen, 378 F.3d 1042, 1043-44 (9th Cir. 2004). The parties were to file a joint status report by December 17, 2014. The parties report that Plaintiff remains in immigration proceedings but has recently requested termination of those proceedings from Immigration and Customs Enforcement. That request is now under review, and a decision is expected by March 2015. Accordingly, the parties request a continued period of abeyance, until May 22, 2015, at which time the parties will file a status report.

1

Dated: December 17, 2014                    Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney


DATED: December 17, 2014                    Respectfully submitted,
                                                /s/ Lisa Suzanne Anderson
                                                Lisa Suzanne Anderson
                                                Attorney for the Plaintiff


## ORDER

Pursuant to the foregoing stipulation, the matter is held in abeyance.  The parties shall file a joint status report by May 22, 2015.

IT IS SO ORDERED.

Dated:  December 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT